IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| Alejandro Abad-Kelly | : |
| | : |
| | :     Case No.: 17-14373-mdc |
| | : |
| Debtor(s) | :     Chapter 13 |

CERTIFICATE OF NO RESPONSE

    I hereby certify that no answer, objection or other responsive pleading or request for a hearing has been filed in response to the Application for Compensation of Attorney Fees filed at Docket Number 20.

Dated: December 18, 2017          /s/ Brad J. Sadek, Esquire
                                                 Brad J. Sadek, Esquire
                                                 Sadek and Cooper
                                                 "The Philadelphia Building"
                                                 1315 Walnut Street, #502
                                                 Philadelphia, PA 19107
                                                 215-545-0008