**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Alejandro Abad-Kelly | : | BANKRUPTCY NO. 17-14373-MDC |
| Debtor | | |

## O R D E R

**AND NOW**, upon consideration of the Debtor's *Expedited Motion to Sell Property Free and Clear of Liens under Section 363(f)* ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The Request For an Expedited Hearing **GRANTED.**

2. A telephonic hearing to consider the Motion shall be held before **Judge Ashely M. Chan** on **December 7, 2021 at 11:00 a.m.**. Parties are to **Dial 877-873-8017 Access Code: 3027681#** .

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the U.S. Trustee, the case Trustee (if any), the individual Respondent(s) (if any), counsel to the Official Committee of Unsecured Creditors (if any), all secured creditors and all priority creditors by overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on** November 29, 2021 . If the hearing is scheduled less than 48 hours after the Movant receives this Order, Movant shall give immediate telephonic notice of the hearing to the above as well.

5. The Movant shall serve this Order and the Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including all creditors, by regular mail n**o later than 5:00 p.m. on** November 29, 2021 .

6. Prior to the hearing, the Movant shall file a Certification setting forth compliance with the service requirements of Paragraphs 4 and 5 above as applicable.

Date: November 29, 2021

_____
ASHELY M. CHAN,
 U.S. BANKRUPTCY JUDGE  for
MAGDELINE D. COLEMAN,
CHIEF, U.S. BANKRUPTCY JUDGE