UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| Alejandro Abad - Kelly | : | BANKRUPTCY NO.: 17-14373 |

CERTIFICATE OF SERVICE

    I, Brad J. Sadek, Esq. certify that on the date indicated below I served a true and correct copy of the Debtors' Emergency Motion to Sell Real Property and the November 29, 2021 Order scheduling a hearing thereon for December 7, 2021 at 11:00 am on the US Trustee, the Chapter 13 Trustee and all secured and priority creditors as per the November 29, 2021 Court Order.

Dated: November 29, 2021

                                                  Brad J. Sadek, Esq.
                                                  Attorney for Debtor