Certificate Number: 03088-PAE-DE-036222990

Bankruptcy Case Number: 17-14373



03088-PAE-DE-036222990

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 26, 2021, at 3:40 o'clock PM CST, Alejandro Abad-Kelly completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 26, 2021          By:    /s/Doug Tonne

                                   Name:  Doug Tonne

                                   Title: Counselor