**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
|    Alejandro Abad-Kelly | : | Chapter 13 |
| | : | Case No.: 17-14373-MDC |
|    Debtor(s) | : | |

## PRAECIPE TO CHANGE DEBTOR(S) ADDRESS

TO THE CLERK:

Kindly mark the above captioned Debtor's <u>New Address</u> as follows:

**228 Prince William Way, Chalfont, PA 18914**

Dated:  January 10, 2022                                               */s/ Brad J. Sadek*
                                                                                                   Brad J. Sadek, Esquire
                                                                                                   Counsel for Debtor(s)